

**U.S. DEPARTMENT OF JUSTICE**
**United States Parole Commission**

RECEIVED
JUN 1 6 2005
Special Litigation Division

5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201
Telephone: (301)492-5821
Facsimile: (301)492-5525

June 16, 2005

Rosalyn Gonzales
Public Defender
District of Columbia
Special Proceedings Division
633 Indiana Avenue, N.W.
Washington, D.C. 20004

Re:  Briscoe, Monty
     Reg. No. 00312-000
     DCDC No. 204-884

Dear Ms. Gonzales:

Reference is made to the above-named parole violator. The U.S. Parole Commission has supplemented its warrant with charge 5, Law Violation, Assault. The Commission will also subpoena Shelley Renee Harvin. Attached is a copy of the supplemental warrant and RAV.

Please contact Ms. Lori Gobble as soon as possible to arrange a date for a local revocation hearing.

Sincerely,

Marc Bransky
Deputy Case Services Administrator

05 2240

**FILED**

NOV 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# Memorandum



| Subject | Date |
|---|---|
| **Briscoe, Monty**<br>Reg. No. 00312-000 | June 16, 2005 |

| To | From |
|---|---|
| Shelley Witenstein<br>Case Services Administrator<br>U.S. Parole Commission | Marc Bransky<br>Deputy Case Services Administrator<br>U.S. Parole Commission |

**Summary:** The USPC issued a warrant on 2-15-05 charging 4 technical violations. The subject admitted to all of the charges and PC was found on 4-26-05.

He is being considered for an expedited procedure. The warrant has now been supplemented with charge 5, Assault. The subject head butted the victim, causing a deep laceration. In view of this, it is recommended that the Commission direct a local hearing to consider this charge. It is also recommended that the victim, Shelley Renee Harvin be subpoenaed.

**Recommendation:** Direct local revocation hearing and subpoena Shelley Renee Harvin.

Reviewer:     _SAH_ Agree     _____ Disagree     _____ Discuss

Commissioner:     _____ Agree     _____ Disagree     _____ Discuss

Comm/Designee:     _____ Agree     _____ Disagree     _____ Discuss

_____     6/16/05
Commissioner/Designee                Date

Commissioner/Designee                Date

→ supplemental warrant w/ category Five assault alleged automatically voids commission's approval of category one expedited - offer had not been sent
    S. Huh

**U.S. DEPARTMENT OF JUSTICE**
**UNITED STATES PAROLE COMMISSION**

**SUPPLEMENT**
D.C. Code Offender

Name .......................... Briscoe, Monty
Reg. No ....................... 00312-000
DCDC No. ...................... 204-884
FBI No ........................ 978 8089 W1
Birth Date .................... 07-31-1959
Race .......................... Black
Date .......................... June 16, 2005

CHARGES:

Charge No. 5 - Law Violation - Assault. On 9-3-04, after a verbal altercation over his demand for sex from the victim, the releasee head butted the victim. This caused a deep gash/laceration, which required treatment (stitches) at the hospital. The releasee was arrested by the Washington, DC police for the above-cited offense on 4-19-05. This charge is based on the information contained in the violation report dated 4-22-05 supervising officer, Raynard Sessoms and the police report dated 4-19-05. Status of Custody/Criminal Proceedings. The releasee was released on personal recognizance on 4-20-05 and a trial is set for 6-30-05.
I ADMIT [ ] or DENY [ ] this charge.

Warrant Issued ............... February 15, 2005
District Sent To ............. General Supervision Unit V-Team 10

Warrant Recommended By:

*Marc Bransky*

Marc Bransky, Deputy Case Services Administrator
U.S. Parole Commission

---

Briscoe, Monty
Reg. No. 00312-000    DCDC No. 204-884
Warrant Application Supplement
Page 1

Queued: 06-16-2005 08:02:45 USM-District of Columbia - District Court | USPO-General Supervision Unit
V-Team 10, 300 Indiana Avenue |

06/16/05  09:50 FAX 301 492 6694      US PAROLE COMMISSION

U.S. DEPARTMENT OF JUSTICE                                SUPPLEMENT
UNITED STATES PAROLE COMMISSION                           D.C. Code Offender

Name .......................... Briscoe, Monty
Reg. No ....................... 00312-000
DCDC No ....................... 204-884
FBI No ........................ 978 8089 W1
Birth Date .................... 07-31-1959
Race .......................... Black
Date .......................... June 16, 2005

**CHARGES:**

**Charge No. 5 - Law Violation - Assault.** On 9-3-04, after a verbal altercation over his demand for sex from the victim, the releasee head butted the victim. This caused a deep gash/laceration, which required treatment (stitches) at the hospital. The releasee was arrested by the Washington, DC police for the above-cited offense on 4-19-05. This charge is based on the information contained in the violation report dated 4-22-05 supervising officer Raynard Sessoms and the police report dated 4-19-05. Status of Custody/Criminal Proceedings: The releasee was released on personal recognizance on 4-20-05 and a trial is set for 6-30-05.
I ADMIT [ ] or DENY [ ] this charge.

Warrant Issued ................. February 15, 2005
District Sent To ............... General Supervision Unit V-Team 10

Warrant Recommended By:

*Marc Bransky*

Marc Bransky, Deputy Case Services Administrator
U.S. Parole Commission

---

Briscoe, Monty
Reg. No. 00312-000    DCDC No. 204-884
Warrant Application Supplement
Page 1

324

# METROPOLITAN POLICE DEPARTMENT
## Washington, D.C.
### ARREST/PROSECUTION REPORT
P.D. 163 Rev 08/00

**1. PERSON NOTIFIED OF NAME CHANGE - UNIT - DATE -/TIME - NCIC NO. (ID Only)**

**2. PDID NUMBER:** 300.342

**3. DEFENDANT'S TRUE NAME - LAST, FIRST, MIDDLE (ID Only)**

**4. CID NUMBER:** 1DDU04-6552

**5. UNIT ARREST NUMBER:** 010501832

**6. DEFENDANT'S NAME - LAST, FIRST, MIDDLE (At time of arrest):** Briscoe, Monty Lynier

**7. DEA LAB NUMBER**

**8. Arresting Officer's Name:** ALSTON, G
**Rank:** OFC   **Badge#:** 595   **Agency:** MPD

**9. TYPE OF**

**10. NICKNAME / ALIAS**

**11. PHONE NUMBER**

**12. COURT DATE:** 04-20-05

**13. ADDRESS:** 635 I ST NE, Washington, DISTRICT OF COLUMBIA

**14. TIME IN DC:** LIFE

**15. SPECIAL INTELLIGENCE:** ☐ CHILD ABUSE  ☐ GANG  ☐ HATE  ☐ SENIOR CITIZEN  ☐ DOMESTIC VIOLENCE

**16. SEX:** ► MALE   **17. RACE:** ► BLACK   **18. BIRTHDATE:** ► 07/31/1961   **19. SOCIAL SECURITY NUMBER:** 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

**20. NEED INTERPRETER:** N/A   **21. HEIGHT:** 510   **22. WEIGHT:** 205   **23. HAIR:** BLACK   **24. EYES:** BROWN   **25. COMPLEX:** MEDIUM   **26. PERMIT NO./ST**   **27. BIRTHPLACE**

► CO-DEFENDANT'S Number: 0
NAME, ADDRESS, ZIP CODE AND PHONE NUMBER

**29. IMPERSONATOR?**   **30. ETHNICITY**   **31. CAUTION**

**32. SCARS / MARKS / TATTOOS**

| 33. HAT | 34. JACKET | 35. PANTS |
|---|---|---|
| NA | NA | NA |
| **36. COAT** | **37. SHIRT** | **38. SKIRT/DRESS** |
| NA | NA | NA |

**39. WHALES / NCIC CHECK**
**CHECK MADE BY (Name):** ALSTON, G   **NCIC NUMBER:** 99703   **WARRANT ON FILE (if Yes, enter Warrant Number(s).):** YES US1378-04

**40. LOCATION OF OFFENSE:** ► 33 K ST NW, Washington, DISTRICT OF COLUMBIA
**DATE OF OFFENSE:** ► 09/23/2004   **TIME OF OFFENSE:** ► 4:45 PM

**41. LOCATION OF ARREST:** ► 415 4th ST. SW
**DATE OF ARREST:** ► 04/19/05   **TIME OF ARREST:** ► 21:45

**42. ASSISTING OFFICER'S NAME, RANK, BADGE NO. & UNIT OR AGENCY:** ► RUSHING, ROSSLYN, DET, D2-009, 1DDU

**43. DEFENDANT ADVISED OF RIGHTS**
| DATE | TIME | LOCATION | OFFICER'S NAME - ADVISING / COMPLETING PD FORM 47/47A | BADGE NO. | UNIT |
|---|---|---|---|---|---|

**44. COMPLAINANTS / WITNESSES**
| NAME - LAST, FIRST, MI | ADDRESS - STREET, CITY, STATE, ZIP CODE | BIRTHDATE | HOME PHONE NO. | WORK PHONE NO. |
|---|---|---|---|---|
| W-1 ► Harvin, Shelley Renee | 33 K ST NW, Washington, DISTRICT OF COLUMBIA | 05/21/1964 | | |
| W-2 ► | | | | |

**45. SPEC. OPS.**   **46. TACTICS:** ARREST WARRANT   **47. PREMISES**   **48.** ☐ SCHOOL ZONE ☐ PUBLIC HOUSING

**49. CHARGES (Enter lead charge first)**

| CHARGES | NOI OR WARRANT NUMBER | CCN | MPD DISPOS. | COLLAT/BOND RECEIPT NO. |
|---|---|---|---|---|
| SIMPLE ASSAULT | US1378-04 | 04-132260 | LOCK UP | |
| Parole Violation | OCA/ 0160656269 | | | |

**50. PROPERTY RECOVERED / ITEMS OF EVIDENCE**
**PROPERTY BOOK / PAGE**   **CSES NO.**

**51. INITIALS - DATE - UNIT OF PERSON TAKING PRINT**

**52. M.O. WEAPONS, HANGOUTS, HABITS, INSTRUMENTS**

**53. RIGHT THUMB PRINT**

**54. CUB USE ONLY**   HEIGHT   WEIGHT   HAIR   EYES   COMPLEX   SCARS / MARKS / TATTOOS

Distribution: ☐ ID & RD; ☐ Prosecutor; ☐ Unit Copy; ☐ Officer's Copy

Page 1 of pages

| 55. EMPLOYMENT HISTORY (List present employment if any, on Line 1) | | | | | |
|---|---|---|---|---|---|
| DATE FROM | TO | EMPLOYER | ADDRESS | BUS. PHONE | OCCUPATION |
| | | | | | |
| | | | | | |

| 56. NAMES OF LIVING FAMILY, RELATIVES, FRIENDS, AND ASSOCIATES | | | | |
|---|---|---|---|---|
| RELATIONSHIP | DOB / AGE | NAME - LAST, FIRST, M.I. | ADDRESS - STREET, CITY, STATE, ZIP CODE | PHONE NUMBER |
| GIRLFRIEND | 05/21/1964 - 40 | Harvin, Shelley Renee | 33 K ST NW, Washington, DISTRICT OF COLUMBIA | (202) 408-5097 |
| | | | | |
| | | | | |

| 57. MILITARY SERVICE; BRANCH / DATE FROM - TO | 58. TELEPHONE CALL MADE | 59. PHONE NUMBER |
|---|---|---|
| | | |

**60. STATEMENT OF FACTS:**

The complainant stated that the defendant came to her home and demanded to have sex. The complainant stated she refused whereas, a verbal altercation ensued. The complainant then stated she asked the defendant to leave her apartment.

The complainant stated as the defendant was leaving, the defendant head butt her about the head with his head, causing a gash/deep laceration. The complainant was transported to George Washington Hospital by Ambulance #23. The complainant stated as a result of her injury to the forehead, she was treated with a liquid bandage to the forehead. On September 28, 2004, the complainant stated she responded back to George Washington Hospital for a follow up appointment which resulted in the removal of the butterfly stitching.

On April 19, 2005 at approximately 21:45 hours the defendant walked into the First District police station and told MPD station personnel that he had a warrant. A WALES check of the defendant's name and date of birth revealed that the defendant had two outstanding warrants for his arrest. Warrant# US137804, and Warrant # 051602221151C. The defendant was arrested and processed at the First Station.

**61. DEFENDANT'S VERSION / REMARKS:**

| RECORD CLERK'S NAME | | 3. | 4. | 64. PROPERTY BOOK/PAGE NO. PRISONER'S PROPERTY ONLY |
|---|---|---|---|---|
| 63. ARREST RECORD | | | | 1210 , 381 |
| 1. | 2. | 5. | 6. | |

**65. BAIL REFORM ACT**

| 66. PRINTED NAME - OFFICER MAKING STATEMENT RUSHING, ROSSLYN | BADGE NUMBER D2-009 | RANK DET | 68. SIGNATURE OF REVIEWING OFFICIAL |
|---|---|---|---|
| 67. SIGNATURE OF OFFICER MAKING STATEMENT | UNIT 6DDU | DATE 4-19-05 | UNIT / DATE |

06/16/05 09:52 FAX 301 492 6694   US PAROLE COMMISSION
FAX 2025857501   SPECIAL PROJECT   → TEAM 33   ☒ 00

## Superior Court of the District of Columbia

### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

U S W No.:

| DEFENDANT'S NAME: Briscoe, Monty | | | | | CCR: 04-132280 | | PDID: 306342 | |
|---|---|---|---|---|---|---|---|---|
| SEX: MALE | RACE: BLACK | D.O.B.: 07/31/1961 | HEIGHT: 510 | WEIGHT: 205 | EYES: BROWN | | HAIR: BLACK | COMPLEXION: MEDIUM |

DEFENDANT'S HOME ADDRESS: 635 I ST NE, Washington, DISTRICT OF COLUMBIA
TELEPHONE NUMBER:

DEFENDANT'S BUSINESS ADDRESS:
TELEPHONE NUMBER:

COMPLAINANT'S NAME: Harvin, Shelley Renee

LOCATION OF OFFENSE: 33 K ST NW
DATE OF OFFENSE: 09/23/2004
TIME OF OFFENSE: 16:45

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

Police Report: On September 23, 2004, the complainant reported to the Metropolitan Police Department/First District that she was physically assaulted.

Investigation: On September 28, 2004, the complainant was interviewed by the affiant and the following information was provided. The complainant stated that the defendant came to her home and demanded to have sex. The complainant stated she refused whereas, a verbal altercation ensued. The complainant then stated she asked the defendant to leave her apartment.

The complainant stated as the defendant was leaving, the defendant head butt her about the head with his head, causing a gash/deep laceration. The complainant was transported to George Washington Hospital by Ambulance #23. The complainant stated as a result of her injury to the forehead, she was treated with a liquid bandage to the forehead. On September 28, 2004, the complainant stated she responded back to George Washington Hospital for a follow up appointment which resulted in the removal of the butterfly stitching.

The complainant identified the defendant as her boyfriend, Monty Briscoe, a black male, date of birth 7/31/61, 5'10" in height, 205 pounds, brown eyes, black hair, medium complexion of 635 I Street N.E. The complainant further stated she has known the defendant since 2002, started dating July 2004, however, the relationship ended December 2002. A WALES check confirmed the defendant with a PDID# 306342 and a FBI# 979808W1.

Based on the facts, the affiant has probable cause to believe that a crime was committed. Therefore the affiant respectfully request the issuance of an arrest warrant for the above named defendant.

**TO: WARRANT CLERK**
PLEASE ISSUE A WARRANT FOR:
Briscoe, Monty

AFFIANT'S SIGNATURE:
X

Charge With: SIMPLE ASSAULT

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____ 20 ___

ASSISTANT UNITED STATES ATTORNEY

(JUDGE) (DEPUTY CLERK) SUPERIOR COURT

Page 1 of 1 pages

```
06/16/05  09:52 FAX 301 492 6694           US PAROLE COMMISSION                                    ☒007

 MCIS0504              SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
 S1AS7                       CRIMINAL INFORMATION SYSTEM                              04/22/05
                                   COUNT DETAILS
        CASE NO: V 01248 05  A
                                                            CASE AGE:      2
                                   VS  MONTY L. BRISCOE
        PDID: 0306342 DOB: 07 31 61 JUDGE: ROSS, MAURICE
                                                                           CAL: DV0004
        CHARGE:  U433 SIMPLE ASSAULT/DOMESTIC      CCR NO: 0132280 NOI NO:
        POLICE BADGE NO: M 0595      PLEA: NOT GUILTY
        OFFENSE DATE    : 02 15 05  JUDGMENT:                              CITATION: L
        FILE DATE       : 04 20 05  JDGMT DT:                              JTWD:
        ALT ST HRG DATE:                                                   TRIAL TYPE:
                                              SENTENCE:
                                              COMMENT:
        CONTD DATE: 05 18 05  TIME: 0900                                   CONCUR:
        CONTD FOR: STATUS HEARING          BY:   CONFINEMENT PERIOD  :      /
        CONT RSN:                                FINE AMOUNT          :
        SC GRAND JURY:                             OR CONFINEMENT     :     /
        SC GRAND JURY DATE:                    CONFINEMENT SUSPENDED:       /
        DISPOSITION DATE  :                       ALT TIME SUSPENDED:
        OTHER DISPOSITION:                           FINE SUSPENDED:
        LAST UPDT DATE: 04 21 05  BY: V1JED        PROBATION PERIOD:       TYPE:
                                   NEXT COUNT:            VVCA AMT:
        NEXT:              CASE:
                                                            KEY:

        PF10 ==> RETURN TO CASE SUMMARY
```

WHITNESS