UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONTY BRISCOE-EL**    a/k/a **MONTY L. BRISCOE**          Petitioner,  v.  **UNITED STATES PAROLE**    **COMMISSION,** *et al.*          Respondents. | )  )  )  )  )  )  )  )  )  )  )  )  ) Civil Action No. 05-2240 (HHK) |

## NOTICE OF APPEARANCE

The United States Parole Commission, by and through its attorney, the United States Attorney's Office for the District of Columbia, hereby informs the Court that Assistant United States Attorney Geoffrey Carter will serve as counsel of record on behalf of the United States Parole Commission in the above-captioned case.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

ROBERT D. OKUN (D.C. Bar No. 457-078)
Chief, Special Proceedings Section

_____/s/_____
GEOFFREY CARTER (D.C. Bar No. 460-971)
Assistant United States Attorney
Special Proceedings Section
555 Fourth Street, N.W., Tenth Floor
Washington, D.C. 20530
(202) 305-1845

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 1st day of February, 2006, a copy of the foregoing pleading was served via U.S. mail on Petitioner Monty Briscoe-El, *pro se*, postage prepaid, at the following address:

Monty Briscoe-El, Register No. 00312 -000
   a/k/a Monty L. Briscoe
CI Rivers
Correctional Institution
P.O. Box 630
Winton, NC 27986

                                /s/ Geoffrey Carter
                              ASSISTANT UNITED STATES ATTORNEY