UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTY BRISCOE-EL )<br>    a/k/a MONTY L. BRISCOE )<br>)<br>    Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES PAROLE )<br>    COMMISSION, *et al.* )<br>)<br>    Respondents. )  | Civil Action No. 05-2240 (HHK) |

## ORDER

This matter is before the Court on Petitioner Monty Briscoe-El's petition for a writ of habeas corpus, filed under 28 U.S.C. § 2241. In his petition, Petitioner claims, *inter alia*, that the United States Parole Commission violated his rights under the Fifth and Sixth Amendments to the United States Constitution by revoking his parole based on false testimony. The United States Parole Commission ("Parole Commission") maintains that this Court should dismiss the petition because Petitioner failed to exhaust his administrative remedies.

The Parole Commission has specific regulations that permit individuals such as Petitioner to appeal parole revocation decisions to the National Appeals Board. *See* 28 C.F.R. § 2.26. Although the Parole Commission notified Petitioner of his right to appeal, Petitioner did not do so, and instead filed the habeas petition that is now before this Court. Consistent with the exhaustion requirement, this Court grants the Parole Commission' s motion to dismiss Petitioner's petition. Petitioner may, if he chooses to proceed with his claim for relief, file an appeal with the National Appeals Board and thereby give the Board the opportunity to act on his claims.

Therefore, upon consideration of Petitioner's petition, the Parole Commission's motion to dismiss, and the entire record in this case, it is hereby ORDERED that Petitioner's petition for a writ of habeas corpus is DISMISSED without prejudice to re-filing after Petitioner has fulfilled the exhaustion requirement.

                                            HENRY H. KENNEDY, JR.
                                            UNITED STATES DISTRICT JUDGE

DATE:

Copies to:

Geoffrey Carter
Assistant United States Attorney
Special Proceedings Section
555 Fourth Street, N.W., Tenth Floor
Washington, D.C.  20530

Monty Briscoe-El, Register No. 00312 -000
    a/k/a Monty L. Briscoe
CI Rivers
Correctional Institution
P.O. Box 630
Winton, NC 27986