# Exhibit B

U.S. Department of Justice                           Notice of Action
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

---

Name: BRISCOE, Monty                                Institution: D.C. CTF
Register Number: 00312-000
DCDC No: 204-884                                    Date:    September 30, 2005

---

As a result of the hearing conducted on September 14, 2005, the following action was ordered:

### DC Local Revocation:

Revoke parole. None of the time spent on parole shall be credited. Continue to expiration.

You shall be subject to the Special Drug Aftercare Condition that requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency. That program may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

In addition, you shall not have direct or indirect contact with Shelly Renee Hagan unless approved by your Supervision Officer and the U.S. Parole Commission.

### FINDINGS OF FACT:

The Commission finds as a fact that you violated conditions of release as charged is indicated below:

Charge No. 1 - Failure to Submit to Drug Testing

Basis for the above stated finding(s): Your admission.

Charge No. 2 - Use of Dangerous and Habit Forming Drugs

Basis for the above stated finding(s): Your admission.

Charge No. 3 - Violation of Special Condition (Drug Aftercare)

Basis for the above stated finding(s): Your admission.

Charge No. 4 - Failure to Report to Supervising Officer as Directed

Basis for the above stated finding(s): Your admission.

Charge No. 5 - Law Violation - Assault

---

Basis for the above stated finding(s): Violation Report dated 04-22-2005 and Police Report dated 04-19-2005 as well as testimony of Ms. Harvin at the revocation hearing.

**REASONS:**

Your parole violation behavior has been rated as criminal conduct of Category Five severity because it involved assault with bodily injury. Your salient factor score is 4. See the attached sheet for an explanation of your individual Salient Factor Score items. The table at the bottom presents the points for Salient Factor Score Item C. As of September 21, 2005, you have been in confinement as a result of your violation behavior for a total of 5 month(s). Guidelines established by the Commission indicate a customary range of 48-60 months to be served before release. After review of all relevant factors and information, a departure from the guidelines at this consideration is not warranted.

In addition, you have also been scheduled for a review hearing during September 2007.

THE ABOVE DECISION IS APPEALABLE.

You may obtain appeal forms from your caseworker or supervising officer and they must be filed with the Commission within thirty days of the date this Notice was sent.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:   D.C. Federal Billing Unit
      D.C. Department of Corrections
      Washington, D.C. 20009

      U.S. Marshals Service
      District of Columbia - District Court
      333 Constitution Ave., N.W., Room 1400
      Washington, D.C. 20001
      Warrants - Attn: Sean McLeod

      U.S. Probation Office
      Interstate V-Team 55
      CSOSA
      300 Indiana Avenue, N.W., Rm 2100
      Washington, D.C. 20001

      R. Gonzales
      Public Defender Service
      District of Columbia
      Special Proceedings Division
      633 Indiana Avenue, N.W.
      Washington, D.C. 20004

      CSS Data Management Group
      D.C. Court Services & Offender Supervision Agency

---

Briscoe 00312-000                           -2-                      Clerk:   ADC
Queued: 09-30-2005 15:02:29 BOP-D.C. Correctional Treatment Facility | BOP-D.C. Federal Billing Unit | USPO-Interstate V-Team 55, 300 Indiana Avenue | USM-District of Columbia - District Court, D.C. District Court | FPD-District of Columbia, District of Columbia - DC |

300 Indiana Avenue, N.W., Suite 2070
Washington, D.C. 20001



## SALIENT FACTOR SCORE (SFS-98)

**Your Pts**    **Salient Factor Score (SFS-98) Item Explanations**

0    A - Prior convictions/adjudications (adult or juvenile) None = 3; One = 2; Two or three = 1; Four or more = 0

0    B - Prior commitments of more than thirty days (adult or juvenile) None = 2; One or two = 1; Three or more = 0

3    C - Age at commencement of the current offense/prior commitments of more than thirty days (adult or juvenile) (see table below for an explanation)

0    D - Recent commitment free period (three years)
No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0

0    E - Probation/parole/confinement/escape status violator this time.
Neither on probation, parole, confinement or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0

1    F - Older offender.
If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0

4    Salient Factor Score (SFS-98) (sum of points A-F above)



| Age at Current Offense/C | Prior Commitments | | |
|---|---|---|---|
| | 0 | 1 | 2 | 3+ |
| 26 & Up | 3 | 2 | 1 | 0 |
| 22-25 | 2 | 1 | 0 | 0 |
| 20-21 | 1 | 0 | 0 | 0 |
| 0-19 | 0 | 0 | 0 | 0 |