# Exhibit C

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Monty Briscoe-El, | ) | Civil Action No. 05-2240 |
| Petitioner | ) | **DECLARATION** |
| | ) | of P. Dawn Sikkema, |
| | ) | Assistant General Counsel, |
| Michael J. Gaines, *et al.*, | ) | U.S. Parole Commission |
| Respondents | ) | |

I, P. DAWN SIKKEMA, am an Assistant General Counsel for the United States Parole Commission, with offices at 5550 Friendship Boulevard, Chevy Chase, Maryland 20815.

I have custody of the parole file of the Petitioner, Monty Briscoe-El, Bureau of Prisons Register Number 00312-000. That file contains a Notice of Action dated September 30, 2005 in which the U.S. Parole Commission revoked Petitioner's parole and advised him that the decision was appealable. Pursuant to 28 C.F.R. § 2.105(g) and § 2.26(a)(2), Petitioner had the right to file an administrative appeal of the September 30, 2005 decision within 30 days of that decision. The file does not contain an administrative appeal from Petitioner of the September 30 decision and I therefore conclude that he did not file an appeal of the decision.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 27, 2006.

*P. Dawn Sikkema*
P. DAWN SIKKEMA
Assistant General Counsel
U.S. Parole Commission