UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MONTY BRISCOE-EL,

                              Petitioner,

   v.                                       Civil Action No. 05-2240 (HHK)

MICHAEL J. GAINES, *et al.*,

                              Respondents.

## ORDER

      Respondents, by counsel, have filed a motion to dismiss the petition for a writ of habeas corpus. Petitioner is proceeding *pro se*. Because the Court's ruling on the respondents' motion ultimately may dispose of the case, petitioner will be allowed time to file a reply. If petitioner fails to file an opposition or other response to the motion by the date set forth below, the Court may treat the motion as conceded. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988); LCvR 7(b). Accordingly, it is hereby

      ORDERED that petitioner shall file an opposition to respondents' motion to dismiss on or before **March 1, 2006**. If he fails to file a response by March 1, 2006, the Court may treat the motion as conceded, and may summarily dismiss the petition. It is further

      ORDERED that the Clerk of Court shall mail a copy of this Order to petitioner at this address: Monty Briscoe-El (a/k/a Monty L. Briscoe), Fed. Reg. # 00312 -000, Rivers Correctional Institution, P.O. Box 630, Winton, NC 27986.

      SO ORDERED.

                                                        /s/
                                         HENRY H. KENNEDY
                                         United States District Judge