UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ) | |
| MONTY BRISCOE-EL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | C.A. No. 05-2240 |
| ) | |
| MICHAEL GAINES, *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
RESPONDENT F.E. FIGUEROA'S RESPONSE
TO THE COURT'S ORDER TO SHOW CAUSE**

Respondent F. E. Figueroa, Warden, Correctional Treatment Facility, by and through

counsel, hereby responds to the Court's Order to Show Cause, and states as follows.

**I. PRELIMINARY STATEMENT**

On November 17, 2005, petitioner filed a writ of habeas corpus against U.S. Parole

Commission Chairman Edward F. Kelly, Jr., U.S. Parole Commissioners Cranston J. Mitchell

and John Simpson, and District of Columbia Correctional Treatment Facility Warden F. E.

Figueroa alleging that the U.S. Parole Commission revoked his parole based upon false

testimony from a witness.  As discussed below, the Court's Order to Show Cause should be

dismissed as to respondent Figueroa because he is no longer petitioner's warden and cannot

provide petitioner with his requested relief.

## II. ARGUMENT

A.      Respondent Figueroa Is Not the Proper Party Respondent.

The proper party to respond to an inmate's habeas petition is the warden who has control

and custody over the inmate.  *See United States v. Wardell Crockett,* 861 A.2d 604 (D.C. 2004).

Petitioner is currently an inmate at the CT Rivers Correctional Institution in Winton, North

Carolina. See United States Parole Commission's Motion to Dismiss filed in this action on

February 1, 2006, at Docket Entry # 10.  Because respondent Figueroa is no longer petitioner's

warden, he is not a proper respondent in this matter.  As such, the Court's Order to Show Cause

should be summarily dismissed against respondent Figueroa.

B.      Respondent Figueroa Lacks Authority to Grant Petitioner's Requested Relief.

Under the National Capital Revitalization and Self-Government Improvement Act of 1997,

Pub. L. 105-33, 111 Stat. 251, 734, the United States Congress transferred responsibility for the

imprisonment of D.C. felons from the District of Columbia  to the United States, and also

transferred the parole authority for such felons from the D.C. Board of Parole to the U.S. Parole

Commission.  *See Crawford v. Jackson*, 323 F.3d 123, 125-126 (D.C. Cir. 2003).  The effective

date of this change was August 5, 1997.  *See* D.C. Official Code § 24-131.

Respondent Figueroa lacks the authority to grant petitioner the relief requested for the

reasons set forth above.  Because petitioner's remedy may only be provided by the United States

Parole Commission, who has already been identified by petitioner as a respondent in this matter,

the Order to Show Cause should be dismissed against respondent Figueroa.

## CONCLUSION

Respondent Figueroa is not the proper party respondent, and does not have authority to re-calculate petitioner's sentence. Accordingly, for the reasons set forth above, this Court's Order to Show Cause should be dismissed with prejudice as to respondent Figueroa.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

_____s/_____
LETICIA L. VALDES [0461327]
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 442-9845; (202) 727-6295

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Respondent Figueroa's Response to the

Court's Order to Show Cause, and proposed Order was mailed, first class, postage prepaid, this

3rd day of February 2006, to:

Mr. Monty Briscoe-El
# 00312-000
CT Rivers
Correctional Institution
P.O. Box 630
Winton, NC 27986

_____s/_____
LETICIA L. VALDES
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | ) | |
| MONTY BRISCOE-EL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-2240 |
| | ) | |
| MICHAEL GAINES, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| _____) | | |

## **ORDER**

Upon consideration of petitioner's Writ of habeas Corpus, this Court's Order to Show

Cause, and respondent Figueroa's response to the Court's Order to Show Cause, it is this _____

day of _____, 2006,

ORDERED:  that Petitioner's Writ of Habeas Corpus is denied, and it is,

FURTHER ORDERED:  that the Court's Order to Show Cause as to respondent Figueroa

is hereby dismissed with prejudice.


_____
D.C. SUPERIOR COURT JUDGE

Copies to:

Mr. Monty Briscoe-El, # 00312-000
CT Rivers
Correctional Institution
P.O. Box 630
Winton, NC 27986