UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MONTY BRISCOE-EL,

                Petitioner,

  v.

MICHAEL J. GAINES, *et al.*,

                Respondents.

Civil Action No. 05-2240 (HHK)

**ORDER**

Respondents, by counsel, filed a motion to dismiss the petition for a writ of habeas corpus on February 1, 2006. On February 2, 2006, the Court issued an Order advising petitioner that, if he failed to file an opposition or other response to the motion by March 1, 2006, the Court would treat the motion as conceded. Petitioner has been transferred to the Rivers Correctional Institution, and all papers mailed by the Clerk mistakenly were sent to petitioner at the D.C. Jail. Plaintiff will be given additional time to file an opposition. Accordingly, it is hereby

ORDERED that petitioner shall file an opposition to respondents' motion to dismiss on or before May 5, 2006. If he fails to file a response by this date, the Court may treat the motion as conceded, and may summarily dismiss the petition. The Clerk of Court shall mail a copy of this Order to: Monty Briscoe-El (a/k/a Monty L. Briscoe), Fed. Reg. # 00312 -000, Rivers Correctional Institution, P.O. Box 630, Winton, NC 27986.

SO ORDERED.

                                        /s/
                           HENRY H. KENNEDY, JR.
                           United States District Judge