UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Monty Briscoe El
          Fed. # 00312-000
C.I Rivers
Correctional Institution
P.O Box 630
Winton, North Carolina 27986

Civil Action No. 05-2240(HHK)

PETITIONER,

v.

Michael Gaines, et al.,
United States Parole Commission

RESPONDENTS,

Petitioner's Request For
Opposition And Response
To Judge Henry H. Kennedy's
Order To Address Motion By
Respondents

FILED

APR 28 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

   The Petitioner received an order to file an opposition to respondent's motion to dismiss. Petitioner never received a copy of an order to file an Opposition by March 1, 2006. The only order from Judge Henry H. Kennedy, Jr., that was received was the order dismissing Petitioner's Writ of Habeus Corpus, without prejudice, to refiling after Petitioner has fulfilled the exhaustion requirements.

   Petitioner was transferred from Corrections Corporation of America (Washington, D.C) at 1901 E Street, S.E, Washington, D.C 20003, one wek after Mr. Warden Figueroa of C.C.A received my Writ of Habeus Corpus, to Rivers Correctional Institution.

   Petitioner's case was transferred from the United States District Court of the District of Columbia, to the United States District Court of the Western District of North Carolina, on 2-27-06 with another Docket Number-5:06-HC-2022-BO. Petitioner is confused now that this order has been set, and Petitioner is ready to proceed with Writ of Habeus Corpus, Now that the U.S Parole Commission has denied Appeal. Enclosed are copies of all orders Petitioner has received, and Parole Commission findings. Petitioner asks the Court to verify all documents he received, and if my case has been rightfully taken from in front of Judge Henry H. Kennedy, Jr., who gave me the right to exhaust my remedies and re-file my Writ of Habeus Corpus. Petitioner also has a copy of amended Writ I have been ordered to file in this Western Division of North Carolina, 20 days from 4-11-06.

    Petitioner had no idea he was still before the Honorable Judge Henry H. Kennedy, Jr., and it is an honor to be in your Court again. Do I get to re-file my Writ of Habeas Corpus with your Court, or do I re-file with this Western Division of North Carolina U.S District Court?

I declare under penalty of perjury that the foregoing is true and correct.

        Signed this <u>25th</u> day of <u>April</u>, <u>2006</u>.

_____
Monty Briscoe El
Federal Register#00312-000
C.I Rivers
P.O Box 630
Winton, North Carolina 27986

*[signature]*
*My Commission Expires*
*March 26, 2011*

(2)