UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTY BRISCOE-EL,<br><br>                   Petitioner,<br><br>v.<br><br>MICHAEL J. GAINES, *et al.*,<br><br>                   Respondents. | Civil Action No. 05-2240 (HHK) |

## ORDER

Respondents, by counsel, filed a motion to dismiss the petition for a writ of habeas corpus on February 1, 2006. On February 2, 2006, the Court issued an Order advising petitioner that, if he failed to file an opposition or other response to the motion by March 1, 2006, the Court would treat the motion as conceded. Petitioner has been transferred to the Rivers Correctional Institution, and all papers mailed by the Clerk mistakenly were sent to petitioner at the D.C. Jail. Plaintiff will be given additional time to file an opposition. Accordingly, it is hereby

ORDERED that petitioner shall file an opposition to respondents' motion to dismiss on or before <u>May 5, 2006</u>. If he fails to file a response by this date, the Court may treat the motion as conceded, and may summarily dismiss the petition. <u>The Clerk of Court shall mail a copy of this Order to: Monty Briscoe-El (a/k/a Monty L. Briscoe), Fed. Reg. # 00312 -000, Rivers Correctional Institution, P.O. Box 630, Winton, NC 27986.</u>

SO ORDERED.

                                                           /s/
                                     HENRY H. KENNEDY, JR.
                                     United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTY BRISCOE-EL <br> a/k/a MONTY L. BRISCOE <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES PAROLE <br> COMMISSION, *et al.* <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-2240 (HHK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

This matter is before the Court on Petitioner Monty Briscoe-El's petition for a writ of habeas corpus, filed under 28 U.S.C. § 2241. In his petition, Petitioner claims, *inter alia*, that the United States Parole Commission violated his rights under the Fifth and Sixth Amendments to the United States Constitution by revoking his parole based on false testimony. The United States Parole Commission ("Parole Commission") maintains that this Court should dismiss the petition because Petitioner failed to exhaust his administrative remedies.

The Parole Commission has specific regulations that permit individuals such as Petitioner to appeal parole revocation decisions to the National Appeals Board. *See* 28 C.F.R. § 2.26. Although the Parole Commission notified Petitioner of his right to appeal, Petitioner did not do so, and instead filed the habeas petition that is now before this Court. Consistent with the exhaustion requirement, this Court grants the Parole Commission's motion to dismiss Petitioner's petition. Petitioner may, if he chooses to proceed with his claim for relief, file an appeal with the National Appeals Board and thereby give the Board the opportunity to act on his claims.

Therefore, upon consideration of Petitioner's petition, the Parole Commission's motion to dismiss, and the entire record in this case, it is hereby ORDERED that Petitioner's petition for a writ of habeas corpus is DISMISSED without prejudice to re-filing after Petitioner has fulfilled the exhaustion requirement.

HENRY H. KENNEDY, JR.<br>
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:

Geoffrey Carter
Assistant United States Attorney
Special Proceedings Section
555 Fourth Street, N.W., Tenth Floor
Washington, D.C. 20530

Monty Briscoe-El, Register No. 00312-000
   a/k/a Monty L. Briscoe
CI Rivers
Correctional Institution
P.O. Box 630
Winton, NC 27986



Phone (919) 645-1700  
Fax (919) 645-1750

**United States District Court**  
**Office of the Clerk**  
PO Box 25670  
Raleigh, NC 27611

Fred L. Borch III  
*Clerk of Court*

February 27, 2006

Monty L. Brisco #00312-000  
Rivers Correctional Institution  
P.O. Box 630  
Winton, NC 27986

    Re:   Brisco v. Gaines, et al.  
           5:06-HC-2022-BO

Dear Mr. Brisco,

    Our office has received and filed your petition that was transferred from the United States District Court, District of Columbia. Your case has been given the above-indicated docket number. Please use this number when submitting documents for filing in this case.

    If your address changes, a notice of your change of address should be sent to us at the Clerk's office.

    All pleadings and letters must be submitted on 8 1/2" by 11" papers.

    If you should desire a copy of a pleading returned to you, a stamped, self-address envelope and an extra copy of the pleading must be provided. Thank you for your cooperation.

Sincerely,

FRED L. BORCH III, Clerk

By_____  
    Deputy Clerk

U.S. Department of Justice
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

Notice of Action on Appeal

---

Name: Briscoe, Monty                           Institution: Rivers CI

Register Number: 00312-000                     Date:   April 18, 2006

---

The National Appeals Board examined the appeal of the above named and ordered the following:

Affirmation of the previous decision.

**REASONS:**

The National Appeals Board finds no merit in your claim that the Commission relied on perjured testimony to revoke your parole. The Commission found that the witness was credible. Her testimony was consistent with her statement to the police following the incident. The National Appeals Board finds no basis to your claim that the Commission's decision was the result of any bias or impartiality.

You claim that you were denied the right to consult counsel due to your mental condition. The Board finds no merit in your claim. You were represented by counsel at the hearing.

The Board is aware that you were found not guilty at your bench trial, but the standard of proof at a trial is higher than the standard of proof at a revocation hearing. The Commission could reasonably find by a preponderance of the evidence that you committed the violation.

All decisions by the National Appeals Board on appeal are final.

```
Page: 1 Document Name: untitled

4CIS0504           SUPERIOR COURT OF THE DISTRICT OF COLUMBIA                09/07/
  J1MAR                   CRIMINAL INFORMATION SYSTEM
                                 COUNT DETAILS
  CASE NO: V 01248 05   A                                      CASE AGE:    56
                           VS   MONTY L. BRISCOE
  PDID: 0306342 DOB: 07 31 61 JUDGE: ROSS, MAURICE                        CAL:
  CHARGE:  U433 SIMPLE ASSAULT/DOMESTIC        CCR NO: 0132280 NOI NO:
  POLICE BADGE NO: M 0595         PLEA: NOT GUILTY                        CITATIO
  OFFENSE DATE   : 02 15 05   JUDGMENT: NOT GUILTY                             JTW
  FILE DATE      : 04 20 05   JDGMT DT:  07 11 05                        TRIAL TYF
  ALT ST HRG DATE:                        SENTENCE:
                                          COMMENT:                         CONCU
  CONTD DATE:           TIME: 0900        CONFINEMENT PERIOD    :           /
  CONTD FOR:                     BY:      FINE AMOUNT           :
  CONT RSN:                               OR CONFINEMENT        :           /
  SC GRAND JURY:                          CONFINEMENT SUSPENDED:            /
  SC GRAND JURY DATE:                     ALT TIME SUSPENDED:
  DISPOSITION DATE  : 07 11 05            FINE SUSPENDED:
  OTHER DISPOSITION:                      PROBATION PERIOD:               TYF
  LAST UPDT DATE: 07 11 05 BY: V1WMM             VVCA AMT:
                              NEXT COUNT:
  NEXT:                   CASE:                         KEY:

  PF10 ==> RETURN TO CASE SUMMARY
```

*INSIDENT HAPPENED ON 9-3-04*

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

## CRIMINAL DIVISION

UNITED STATES
DISTRICT OF COLUMBIA

Case No. **DV 1248-05**

vs.

PDID/DCDC No. **306342**

**Monty Briscoe**

### RELEASE ORDER

TO: ☒ Superintendent, D.C. Jail

☐ Superintendent, St. Elizabeths Hospital

☐ Other _____

Disposition having been entered this **11th** day of **July**, 20**05** in the above-entitled case, it is HEREBY ORDERED that the defendant be

☐ Transferred to _____

☒ Released from custody.  **In this case only**

☐ Released into the custody of _____

_____
DEPUTY CLERK

_Maurice A. Ross_
JUDGE/MAGISTRATE JUDGE

Date **7/11/05**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:06-HC-2022-BO

MONTY BRISCO-EL, )
    Petitioner, )
)
v. ) **ORDER**
)
MICHAEL J. GAINES, et al., )
    Respondent. )

FILED
APR 1 2 2006

Monty Brisco-El, a D.C. Code offender housed at Rivers Correctional Institution, has filed a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241. The matter was transferred from the United States District Court for the District of Columbia and is presently before the court for an initial review. The court finds it appropriate to allow this habeas petition to proceed. However, Brisco-El has failed to name the proper party Respondent, his custodian, i.e. warden at Rivers. Therefore, Brisco-El is given 20 days to provide the court with the proper party Respondent. At that time, the Respondents improperly named shall be dismissed and the proper Respondent substituted. Failure to respond to this order shall result in dismissal of the action in its entirety.

SO ORDERED, this the 11 day of April 2006.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

[Certified Mail Receipt and Return Receipt card, oriented sideways]

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7002 0460 0003 0503 9175

Name: Bristol #d03124005

Postage: $1.11
Certified Fee: 2.40
Return Receipt Fee (Endorsement Required): 1.85
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $5.36

Postmark: WINTON, NC, FEB 10 2006, USPS

Sent To: US Chairman of the US Postal Commission
Street, Apt. No.; or PO Box No.: 5550 Friendship Blvd
City, State, ZIP+4: Chevy Chase, MD 20815-7201

PS Form 3800, January 2001

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Chairman of the U.S. Postal Commission 5550 Friendship Boulevard, Chevy Chase, MD 20815-7201

2. Article Number (Transfer from service label): 7002 0460 0003 0503 9175

PS Form 3811, August 2001   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X SD Gove — Agent/Addressee
B. Received by (Printed Name): SD Gove
C. Date of Delivery
D. Is delivery address different from item 1? Yes/No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☒ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Postmark: BETHESDA, MD, FEB 21, USPS