UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MONTY BRISCOE-EL,

                      Petitioner,

   v.                                    Civil Action No. 05-2240 (HHK)

MICHAEL J. GAINES, *et al.,*

                      Respondents.

## **ORDER**

      For the reasons stated in the accompanying Memorandum Opinion, it is hereby

      ORDERED that the petition for writ of habeas corpus [Dkt. #1] is DENIED, and it is further

      ORDERED that the order to show cause [Dkt. #4] is DISCHARGED, and it is further

      ORDERED that respondents' motion to dismiss [Dkt. #10] is DENIED as moot, and it is further

      ORDERED that this civil action is DISMISSED.

      SO ORDERED.

                                                          /s/
                                         HENRY H. KENNEDY, JR.
                                         United States District Judge